# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 14, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

138952(89)


MYRIAM VELEZ,
   Plaintiff-Appellee/
   Cross-Appellant,

v

MARTIN TUMA, M.D.,
   Defendant-Appellant/
   Cross-Appellee.

_____

           SC: 138952
           COA: 281136
           Wayne CC: 04-402161-NH


   On order of the Chief Justice, the motion by the Michigan State Medical Society and the American Medical Association for leave to file a supplemental brief *amicus curiae* is considered and it is granted.




   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 14, 2012                _____
                         Clerk